UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
January 20, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>            Plaintiff,           )<br>v.                                            )<br>                                                      )<br>STANLEY SHROTT,              )<br>                                                      )<br>            Defendant.       )  | Case No. 2:09CR00013-LKK-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   STANLEY SHROTT  , Case No. 2:09CR00013-LKK-2  , Charge   21USC § 846, 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $ 175,000.00

          ___   Unsecured Appearance Bond

          ___   Appearance Bond with 10% Deposit

          ___   Appearance Bond with Surety

          ___   Corporate Surety Bail Bond

    ✓   (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   January 20, 2009   at   2:19 pm  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court