1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN GALLOWAY, Bar # 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   STANLEY SHORTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-013 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| AVERHART et al., | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on March 31, 2009, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Mary Grad. Defendant Jessy Averhart was represented by Dan Koukol. Defendant Stanley Shortt was represented by Assistant Federal Defender Benjamin Galloway. Defendant Warren Shortt was represented by Christopher Haydn-Myer.

Defense counsel requested that the matter be set for further status conference on May 5, 2009 at 9:15 a.m..

The parties agreed on the need for additional time to allow time

1  for defense preparation.
2      IT IS HEREBY ORDERED that this matter be set for further Status
3  Conference on May 5, 2009 at 9:15 a.m..
4       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
5  (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
6  from March 31, 2009 to and including May 5, 2009 is excluded from the
7  time computations required by the Speedy Trial Act due to ongoing
8  preparation of counsel.

11 DATED: April 2, 2009

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT