IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:09-CR-013-LKK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE DATE AND EXCLUDING |
| v. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| JESSY AVERHARDT, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    The parties appeared before the court on June 9, 2009. The United States was represented by Assistant U.S. Attorney Mary L. Grad and the defendants Jessy Averhardt, Warren Shortt and Stanley Shortt, were present with their respective counsels of record.  At the request of all the parties, the Court continued the status conference int his case until August 11, 2009 at 9:15 a.m.

    Counsel for defendant are still in the process of reviewing the discovery in this case which consists of numerous recorded telephone calls so the continuance is necessary for adequate preparation of defense counsel.   The parties further stipulate that the interests

of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded from June 9, 2009 through August 11, 2009.

SO ORDERED.

Date: June 15, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT