```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:09-CR-013-LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE |
| v. | |
| JESSY AVERHARDT, et al., | |
| Defendants. | |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendants Jessy Averhardt, Warren Shortt and Stanley Shortt, through their respective undersigned counsels of record, that the status conference presently set for August 11, 2009 by **continued to September 29, 2009 at 9:15 a.m.**

Counsel for defendant are still in the process of reviewing the discovery in this case which consists of numerous recorded telephone calls so the continuance is necessary for adequate preparation of defense counsel. Defense counsel are also investigating the criminal histories of their clients. The parties further stipulate that the

1

1  interests of justice served by granting this continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  18
3  U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore,
4  will be excluded from August 11, 2009 through September 29, 2009.

                                    LAWRENCE G. BROWN
                                    United States Attorney

Date: August 7, 2009                /s/ Mary L. Grad
                                    By: MARY L. GRAD
                                    Assistant United States Attorney


                                    /s/ Dan Koukal
                                    Counsel for Jessy Averhardt

Date: August 7, 2009                /s/ Fred Dawson
                                    Counsel for Stanley Shortt

Date: August 7, 2009                /s/ Christopher Hayden-Myer
                                    Counsel for Warren Shortt


SO ORDERED.

Date: August 11, 2009

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT