1  LAWRENCE G. BROWN
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:09-CR-013-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | DATE |
| ) | |
| JESSY AVERHARDT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendants Jessy Averhardt, Warren Shortt and Stanley Shortt, through their respective undersigned counsels of record, that the status conference presently set for September 29, 2009 by **continued to November 17, 2009 at 9:15 a.m.**

Counsel for defendant are still in the process of reviewing the discovery in this case which consists of numerous recorded telephone calls so the continuance is necessary for adequate preparation of defense counsel. Defense counsel are also investigating the criminal histories of their clients. Counsel have met and are in the process

1

also of formulating a possible resolution of the case.  The parties further stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from September 29, 2009 through November 17, 2009.

```
                                    LAWRENCE G. BROWN
                                    United States Attorney

Date: September 25, 2009            /s/ Mary L. Grad
                                    By: MARY L. GRAD
                                    Assistant United States Attorney



Date: September 25, 2009            /s/ Dan Koukal
                                    Counsel for Jessy Averhardt

Date: September 25, 2009            /s/ Fred Dawson
                                    Counsel for Stanley Shortt

Date: September 25, 2009            /s/ Christopher Hayden-Myer
                                    Counsel for Warren Shortt
```

SO ORDERED.

Date: September 29, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT