```
 1  BENJAMIN B. WANGER
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. 2:09-CR-013-LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| v. | ) DATE |
| JESSY AVERHARDT, et al., | ) |
| Defendants. | ) |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendants Jessy Averhardt, Warren Shortt and Stanley Shortt, through their respective undersigned counsels of record, that the status conference presently set for November 17, 2009 by **continued to January 12, 2010 at 9:15 a.m.**

Counsel for defendant are still in the process of reviewing the discovery in this case which consists of numerous recorded telephone calls so the continuance is necessary for adequate preparation of defense counsel. Based upon criminal history investigations undertaken by defense counsel, counsel have met and are in the

1

process of formulating a possible resolution of the case.  The parties further stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from November 17, 2009 through January 12, 2010.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Date: November 13, 2009       /s/ Mary L. Grad
                                      By: MARY L. GRAD
                                      Assistant United States Attorney

Date: November 13, 2009      /s/ Dan Koukal
                                        Counsel for Jessy Averhardt

Date: November 13, 2009      /s/ Fred Dawson
                                        Counsel for Stanley Shortt

Date: November 13, 2009      /s/ Christopher Hayden-Myer
                                        Counsel for Warren Shortt

SO ORDERED.

Date: November 16, 2009

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT