BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:09-CR-013-LKK |
| Plaintiff, | ORDER AFTER HEARING CONTINUING STATUS CONFERENCE |
| v. | DATE EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JESSY AVERHARDT, et al., | |
| Defendants. | |

The parties appeared before the court on January 20, 2010. Defendant Warren Shortt needs additional time to submit to a psychological evaluation and receive the results.  Attorneys for defendants Averhart and Stanley Shortt joined in the request and each defendant expressly waived time under the Speedy Trial Act.  The United States, through Assistant U.S. Attorney Mary L. Grad and the defendants Jessy Averhardt, Warren Shortt and Stanley Shortt, through their respective counsels of record, agreed that **April 6, 2010 at 9:15 a.m.** was an appropriate date to which the status conference should be continued.  The parties are also discussing a possible resolution of the case.  The parties further agreed that the

1

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from January 20, 2010 through April 6, 2010.

SO ORDERED.

Date: January 21, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT