```
BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763
```

**FILED**

APR - 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 09-013 LKK |
| Plaintiff, ) | |
| ) | APPLICATION AND ORDER |
| v. ) | FOR UNSEALING FILE AND |
| ) | SEALING DOCKET ENTRY #62/#63 |
| JESSY AVERHART, ) | |
| STANLEY SHORTT, and ) | |
| WARREN SHORTT, ) | |
| ) | |
| Defendants. ) | |

On February 3, 2010, a sealing order was filed in the above-referenced case sealing the criminal case file. The sealing order should have only sealed docket entry #62 & 63, not the entire case file. The government respectfully requests that document #62 & 63 remain SEALED until further order of this Court, and the rest of the case file be unsealed.

DATED: April 2, 2010

BENJAMIN B. WAGNER
United States Attorney

By _/s/ Mary L. Grad_____
   MARY L. GRAD
   Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

DATED: April 2, 2010

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1