```
 1  CHRISTOPHER HAYDN-MYER, Bar #176333
    P.O. Box 204
 2  Sacramento, California 95814
    Telephone: (916) 622-1703
 3  Fax: (916) 443-5084
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    WARREN SHORTT
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,      ) CR. NO. S-09-013
                                   )
11              Plaintiff,         ) STIPULATION; ORDER
                                   )
12       v.                        )
                                   ) DATE: April 6th, 2010
13  JESSY AVERHART, STANLEY SHORTT,) TIME: 9:15 a.m.
    and WARREN SHORTT,             ) COURT: Hon. Lawrence K. Karlton
14                                 )
                Defendants.        )
15                                 )
    _____)
16                                 )
```

       Defendant, WARREN SHORTT, through Christopher Haydn-Myer, Attorney At Law, JESSY AVERHART, through Dan Kukol, Attorney At Law, defendant, STANLEY SHORTT, through Fred Dawson, and the United States of America, through Assistant U.S. Attorney Mary Grad, agree as follows:

       It is hereby stipulated that the status conference currently set for April 6th, 2010, be vacated and a new status conference be scheduled on June 8th, 2010 at 9:15 a.m.

       It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from April 6th, 2010 to June 8th, 2010, under Local Code T-4, Title 18, United States Code section 3161(h)(7)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare.  Further, Mr. WARREN SHORTT's

1  psychiatric testing has not been completed.

2      The parties also stipulate and agree that the ends of justice
3  served by granting this continuance outweigh the best interests of the
4  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6  Dated: April 2nd, 2010
                              Respectfully submitted,

                              /s/ Christopher Haydn-Myer
                              _____
                              CHRISTOPHER HAYDN-MYER
                              Attorney for Defendant
                              WARREN SHORTT

11 Dated: April 2nd, 2010
                              Respectfully submitted,

                              /s/ Christopher Haydn-Myer for
                              _____
                              DAN KOUKOL
                              Attorney for Defendant
                              JESSY AVERHART

Dated: April 2nd, 2010
                              Respectfully submitted,

                              /s/ Christopher Haydn-Myer for
                              _____
                              FRED DAWSON
                              Attorney for Defendant
                              STANLEY SHORTT

DATED: April 2nd, 2010           BENJAMIN B. WAGNER
                              United States Attorney

                              <u>/S/ Christopher Haydn-Myer for</u>
                              MARY GRAD
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

1 **ORDER**

2 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
3 currently set for April 6th, 2010, be vacated and a new status
4 conference be scheduled on June 8th, 2010 at 9:15 a.m., and that time
5 is excluded under Local Code T-4, Title 18, United States Code section
6 3161(h)(7)(B)(iv), to allow counsel reasonable time to review discovery
7 and for effective preparation.  The Court also finds that the ends of
8 justice served by granting this continuance outweigh the best interests
9 of the public and the defendant in a speedy trial.  18 U.S.C. §
10 3161(h)(7)(A)

12 DATED: April 2, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3