1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. 2:09-CR-013-LKK |
|---|---|
| Plaintiff, | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE DATE AND EXCLUDING |
| v. | ) TIME UNDER THE SPEEDY TRIAL ACT |
| JESSY AVERHARDT, et al., | ) |
| Defendant. | ) |

    The parties appeared before the court on June 8, 2010. The United States was represented by Assistant U.S. Attorney Mary L. Grad and the defendants Jessy Averhardt, Warren Shortt and Stanley Shortt, were present with their respective counsels of record.  At the request of all the parties, the Court continued the status conference in this case until July 27, 2010 at 9:15 a.m.

    Counsel for defendant are in the process of reviewing Plea agreements provided to each of them by government counsel.  It is anticipated and on or before July 27, 2010, each of the defendants will enter a guilty in this case.  The parties stipulate that the

1

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded from June 8, 2010 through July 27, 2010.

SO ORDERED.

Date: June 10, 2010

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT