1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | DAVID M. PORTER, Bar #127024
Assistant Federal Defender
3 | Counsel Designated for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5 |

6 | Attorneys for Defendant
STANLEY SHORTT
7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,

No.  Cr. S 09-13 JAM

12 | Plaintiff,

**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**

13 | v.

14 | STANLEY SHORTT,

RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE

15 | Defendant.

16 | Judge:  Honorable JOHN A. MENDEZ

17 | Defendant, STANLEY SHORTT by and through his attorney, Assistant Federal Defender

18 | David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

19 | Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20 | 1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21 | imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22 | based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23 | pursuant to 28 U.S.C. § 994(o);

24 | 2. On December 14, 2010, this Court sentenced Mr. Shortt to a term of 84 months

25 | imprisonment;

26 | 3. His total offense level was 31, his criminal history category was V, the resulting

27 | guideline range was 168 to 210 months, and he received a reduction from the low end of the

28 | applicable guideline range on the government's motion;

Stipulation and Order Re: Sentence Reduction          1

1        4.      The sentencing range applicable to Mr. Shortt was subsequently lowered by the

2    United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,

3    see 79 Fed. Reg. 44,973;

4        5.      Mr. Shortt's total offense level has been reduced from 31 to 29, and his amended

5    guideline range is 140 to 175 months; a reduction comparable to the one received at the initial

6    sentencing would produce a term of 70 months;

7        6.      Accordingly, the parties request the Court enter the order lodged herewith

8    reducing Mr. Shortt's term of imprisonment to 70 months.

9    Respectfully submitted,

10   Dated:  January 29, 2015           Dated:   January 29, 2015

11   BENJAMIN B. WAGNER         HEATHER E. WILLIAMS
     United States Attorney            Federal Defender
12

13   /s/ Jason Hitt                /s/ David M. Porter
     JASON HITT                 DAVID M. PORTER
14   Assistant U.S. Attorney         Assistant Federal Defender

15   Attorney for Plaintiff           Attorney for Defendant
     UNITED STATES OF AMERICA    STANLEY SHORTT
16

17   **ORDER**

18       This matter came before the Court on the stipulated motion of the defendant for reduction

19   of sentence pursuant to 18 U.S.C. § 3582(c)(2).

20       The parties agree, and the Court finds, that Mr. Hudson is entitled to the benefit

21   Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended

22   guideline range of 140 to 175 months.  A reduction comparable to the one received at the initial

23   sentencing would produce a term of 70 months.

24       IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2010 is

25   reduced to a term of 70 months.

26       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

27   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

28

1   reduction in sentence, and shall serve certified copies of the amended judgment on the United

2   States Bureau of Prisons and the United States Probation Office.

3          Unless otherwise ordered, Mr. Shortt shall report to the United States Probation Office

4   within seventy-two hours after his release.

5   Dated:   January 29, 2015

6

7                                  /s/ JOHN A. MENDEZ_____
                                   HONORABLE JOHN A. MENDEZ____
8                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28