AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00013-JAM   Document 109   Filed 02/05/15   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   2:09-cr-00013-JAM-2 |
| STANLEY SHORTT | ) | |
| | ) | USM No:   18333-097 |
| Date of Original Judgment:          12/20/2010 | ) | |
| Date of Previous Amended Judgment: | ) | David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of              84              months **is reduced to**              70 months              .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated              12/20/2010              shall remain in effect.
**IT IS SO ORDERED.**

Order Date:          2/5/2015                                     /s/ John A. Mendez
                                                                                    *Judge's signature*

Effective Date:          11/1/2015                          Honorable John A. Mendez, U.S. District Court
          *(if different from order date)*                          *Printed name and title*