**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 2:09CR00013-002 |
| ) | |
| Stanley Shortt ) | |
| ) | |

On December 14, 2010, the above-named was sentenced to Supervised Release for a period of 5 years. His term of Supervised Release commenced on October 30, 2015.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

**Respectfully submitted,**                           **Reviewed by,**

*/s/ Whitney Mize*                                    */s/ Laura Weigel*

**Whitney Mize**                                      **Laura Weigel**
**United States Probation Officer**                   **Supervising United States Probation Officer**

**Dated:**  8/12/2020
Modesto, California
WM/lr

1

**Re:**    **Stanley Shortt**
       **Docket Number:    0972 2:09CR00013-002**
       <u>**Report and Order Terminating Supervised Release**</u>
       <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Stanley Shortt be discharged from, and that the proceedings in the case be terminated.

| August 12, 2020 | /s/ John A. Mendez |
|:---:|:---:|
| **Date** | **John A. Mendez** |
| | **United States District Court Judge** |

Attachment:    Recommendation

CC:    AUSA - Michael D. Anderson
        Supervisee—Stanley Shortt

Rev. 07/2020
PROB35__REPORT AND ORDER TERMINATING SUPERVISION PRIOR TO ORIGINAL EXPIRATION DATE (EARLY)